# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 11, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139350(56)

CONNIE COLAIANNI,
   Plaintiff-Appellant/
   Cross-Appellee,

v

STUART FRANKEL DEVELOPMENT
CORPORATION, INC., and K-F LAND
COMPANY, LLC IV,
   Defendants-Appellees/
   Cross-Appellants.

_____

SC: 139350
COA: 282587
Oakland CC: 2003-051245-NO

   On order of the Chief Justice, the motion by defendants- appellees for extension to May 3, 2010 of the time for filing their brief on appeal is considered, and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 11, 2010

_____
Clerk